# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVEN MUSSMAN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:17-cv-00388-GMS ) |
| v. | ) ) ) |
| GENVEC, INC., DOUGLAS J. SWIRSKY, MICHAEL RICHMAN, WAYNE T. HOCKMEYER, WILLIAM N. KELLEY, STEFAN D. LOREN, QUINTEROL J. MALLETTE, and MARC R. SCHNEEBAUM, | ) ) ) ) ) ) ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Steven Mussman hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 19, 2017                    **RIGRODSKY & LONG, P.A.**

                                         By: */s/ Brian D. Long*

**OF COUNSEL:**                          Seth D. Rigrodsky (#3147)
                                         Brian D. Long (#4347)
**WEISSLAW LLP**                         Gina M. Serra (#5387)
Richard A. Acocelli                      2 Righter Parkway, Suite 120
Michael A. Rogovin                       Wilmington, DE 19803
Kelly C. Keenan                          (302) 295-5310
1500 Broadway, 16th Floor
New York, New York 10036                 *Attorneys for Plaintiff*
Tel.: (212) 682-3025
Facsimile: (212) 682-3010